**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

BRIAN MASTROIANNI, on his own behalf
and others similarly situated,

    Plaintiff,

v.                                                   CASE NO. 2:10-CV-691-FtM-36DNF

GREEN CARE LANDSCAPE SERVICES,
INC., a Florida profit corporation;
GREENWISE PEST SOLUTIONS, INC., a
Florida profit corporation,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on August 5, 2011 (Dkt. 38), recommending that the Court grant the Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, for Dismissal of the Action *With Prejudice* (Dkt. 37). The Magistrate Judge also recommends that the Court approve the Settlement Agreement and Full and Final Mutual Release of All Claims (Dkt. 37, Ex. 1) and dismiss this action with prejudice. No party filed an objection to the Report and Recommendation, and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 38) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, for Dismissal of the Action *With Prejudice* (Dkt. 37) is **GRANTED**. The Settlement Agreement and Full and Final Mutual Release of All Claims (Dkt. 37, Ex. 1) is **APPROVED,** as it constitutes a fair and reasonable resolution of this action.

3) This case is **DISMISSED with prejudice**.

4) The Clerk is directed to terminate all pending motions, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 22, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD